UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANNON SKILLERN, RYAN CORKEN, MICHEL LITVIN, AND KATHY LITVIN, *on behalf of all others similarly situated*,

        Plaintiffs,

– *against* –

PELOTON INTERACTIVE INC.,

        Defendant.

**ORDER**

21 Civ. 06808 (ER)

Ramos, D.J.:

    In an August 29, 2022 opinion and order, this Court granted Peloton's motion to compel arbitration and stayed the action pending arbitration. Doc. 60. The Court directed the parties to advise the Court within 48 hours of the outcome of the arbitration. *Id.* at 13. Since then, there has been no further activity in this case.

    The parties are therefore instructed to submit a status report by no later than October 15, 2025.

It is SO ORDERED.

Dated:    October 8, 2025
            New York, New York

                                      EDGARDO RAMOS, U.S.D.J.