UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANNON SKILLERN, RYAN CORKEN, MICHAEL LITVIN, and KATHY LITVIN, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br>   v.<br><br>PELOTON INTERACTIVE, INC.,<br><br>  Defendant. | Case No. 1:21-cv-06808 (ER)<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Brannon Skillern, Ryan Corken, Michael Litvin, and Kathy Litvin (together, "Plaintiffs") and Defendant Peloton Interactive, Inc. ("Defendant" and, collectively with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs Brannon Skillern and Ryan Corken initiated this action against Defendant on August 12, 2021 (ECF 1);

WHEREAS, the parties stipulated that Defendant would have until October 8, 2021, to responded to the Complaint (ECF 15);

WHEREAS, Defendant filed a Letter Motion for Pre-Motion Conference on October 7, 2021 (ECF 18);

WHEREAS, the parties stipulated that Plaintiffs would have until October 15, 2021, to respond to Defendant's Letter Motion (ECF 20);

WHEREAS, Plaintiff opposed Defendant's Letter Motion on October 15, 2021 (ECF 21);

WHEREAS, the Court granted Defendant's Letter Motion on October 21, 2021 (ECF 25), and held a telephonic pre-motion conference on November 2, 2021, during which the Court authorized Defendant to file a motion to compel arbitration and to dismiss (*see* ECF 30);

WHEREAS, Defendant filed a Motion to Compel Arbitration and to Dismiss Plaintiffs' Claims on November 23, 2021 (ECF 32);

WHEREAS, by stipulation entered December 13, 2021 (ECF 39), Plaintiffs Skillern and Corken filed an Amended Complaint on December 14, 2021 (ECF 40), which added Michael Litvin and Kathy Litvin as plaintiffs;

WHEREAS, pursuant to the December 13, 2021, stipulation, Defendant filed a Motion to Compel Arbitration and to Dismiss Plaintiffs' Claims on January 11, 2022 (ECF 43);

WHEREAS, Plaintiffs filed an opposition to Defendant's motion on February 8, 2022 (ECF 49) and Defendant filed its reply on February 22, 2022 (ECF 55);

WHEREAS, on August 29, 2022, the Court granted Defendant's Motion to Compel Arbitration, denied Defendant's Motion to Dismiss, stayed the action pending arbitration, and directed the Parties to advise the Court within 48 hours of the outcome of any arbitration (ECF 60);

WHEREAS, Plaintiffs did not initiate an arbitration following the Court's August 29, 2022, order, and no further action has been taken in this case;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, that this case be dismissed without prejudice, with each party to bear their own costs and fees.

Dated: October 15, 2025

| | |
|---|---|
| */s/ Jesse-Justin Cuevas* | */s/ Steven N. Feldman* |
| Seth Ard | Steven N. Feldman[1] |
| SUSMAN GODFREY L.L.P. | LATHAM & WATKINS LLP |
| One Manhattan West | 1271 Avenue of the Americas |
| New York, NY 10011-6023 | New York, NY 10020 |
| Tel.: 212-336-8330 | Phone: (212) 906-1200 |
| Fax: 212-336-8340 | Fax: (212) 751-4864 |
| sard@susmangodfrey.com | Email: steve.feldman@lw.com |

Steven G. Sklaver *(pro hac vice* to follow)  *Counsel for Defendant Peloton Interactive,*
Krysta Kauble Pachman *(pro hac vice)*  *Inc.*
Jesse-Justin Cuevas *(pro hac vice)*
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: 310-789-3100
Fax: 310-789-3150
ssklaver@susmangodfrey.com
kpachman@susmangodfrey.com
jcuevas@susmangodfrey.com

Ben Whiting
Keller Postman LLC
150 N. Riverside Plaza, Suite 4100
Chicago, IL, 60606
Tel:     (312) 280-5784
ben.whiting@kellerpostman.com

*Attorneys for Plaintiffs*

---

[1] Pursuant to S.D.N.Y. Electronic Case Filing Rule 8.5(b), Plaintiffs represent that electronic signatures are used with consent.

3

**IT IS SO ORDERED**:

Dated: October 17, 2025
      New York, New York

_____
Edgardo Ramos, U.S.D.J.

4